# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO VASQUEZ-GIL,<br><br>　　　　Defendant. | Case No.:  20CR0635-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 20CR0635-CAB against defendant FRANCISCO VASQUEZ-GIL shall be and hereby is dismissed.

　　IT IS FURTHER ORDERED the bond is exonerated.

　　IT IS SO ORDERED.

DATED:　6/10/2020

　　　　　　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge